Tyrone Hillie, )
)
        Plaintiff, )
)
v. )
)
Warden Stan Burtt; Warden McKeither )   Civil Action No. 0:09-1422-SB
Bodison; Lt. Smith; Lt. Miller; Grievance )
Clerk Jenkins; Grievance Clerk Hardin; )
Classification Clerk Ms. Odom; )
Classification Clerk Ms. Rembert; Dr. )   **ORDER**
Robert Babb; Head Nurse Powell; Food )
Supervisor Reeves; Food Supervisor )
Deloch; Food Supervisor Felder; and )
Food Supervisor Ms. Myers, sued in )
their individual capacities, )
)
        Defendants. )
_____)



The Plaintiff, proceeding pro se filed the above-captioned matter pursuant to 42 U.S.C. § 1983. By local rule, the matter was referred to a United States Magistrate Judge for preliminary determinations, and on January 28, 2010, Magistrate Judge Paige J. Gossett issued a report and recommendation ("R&R") analyzing the Plaintiff's motion for an injunction (Entry 12) and recommending that the Court deny the motion. Attached to the R&R was a notice advising the Plaintiff of the right to file specific, written objections to the R&R within 10 days of the date of service of the R&R. To date, no objections have been filed.

Absent timely objection from a dissatisfied party, a district court is not required to review, under a de novo or any other standard, a Magistrate Judge's factual or legal conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985); Wells v. Shriner's Hosp., 109 F.3d

198, 201 (4th Cir. 1997). Here, because the Plaintiff did not file any specific, written objections, there are no portions of the R&R to which the Court must conduct a de novo review. Accordingly, after review, the Court hereby adopts the Magistrate Judge's R&R as the Order of this Court, and it is

**ORDERED** that the Plaintiff's motion for an injunction (Entry 12) is denied.

**IT IS SO ORDERED.**

The Honorable Sol Blatt, Jr.
Senior United States District Judge

February 18, 2010
Charleston, South Carolina